UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

COASTAL WELLNESS CENTERS, INC.,

    Plaintiff,

v.    Case No. 17-cv-61951-WPD

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

TOWER HEALTH CENTER, INC., and
PLANTATION SPINAL CARE CENTER, INC.,

    Plaintiffs,

v.    Case No. 17-cv-61974-WPD

PROGRESSIVE SELECT INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notices of Voluntary Dismissal Without Prejudice [DE's 62, 63] (the "Notices"), filed herein on July 9, 2018. The Court has carefully considered the Notices, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.    The Notices [DE's 62, 63] is hereby **GRANTED**;

2.    This above-styled consolidated action is **DISMISSED without prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 10th day of July, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record